

13th Court of Appeals
NUECES COUNTY COURTHOUSE
901 LEOPARD, TENTH FLOOR
CORPUS CHRISTI TX 78401

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL - 9 2015

CHRISTOPHER A. PRINE
CLERK

77002=2066

Hon. Christopher A. Prine
Clerk, 1st Court of Appeals
301 Fannin
Houston, TX 77002-2066

CORPUS CHRISTI

07 JUL 2015

neopost          $0.71°
Mailed From 78401
07/07/2015

US POSTAGE

**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 7, 2015

Hon. Christopher A. Prine
Clerk, 1st Court of Appeals
301 Fannin
Houston, TX 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JUL - 9 2015

CHRISTOPHER A. PRINE

CLERK

Re:    Cause No. 01-15-00120-CV

Dear Mr. Prine:

Attached please find Princella W. Steels' letter regarding the above-referenced cause, received by this Court on July 1, 2015.

Very truly yours,

*Cecile Foy Gsanger*

Cecile Foy Gsanger, Clerk

CFG:pf
cc:   Princella W. Steels

01-15-00120-CV

Dear Court of Civil Appeals (Courthouse):

My name is Privella J. Steele #926484 & I'm innocent of my criminal case, to which I'm doing a 12yr. Sentence for case #1410470101 in 263rd Ct. (713)755-6944 but I'm in appeal now to a forfeiture Seizure Civil case #01-15-00120-CV in Court of Appeals 1st District (Mr. C.A. Prine is Clerk for (A) on 7/7/12 $5,239.00 illegally seized 301 Fannin St. (B) on 12/23/2000 283rd $239.00 my prop. bought Houston, TX. 77002    (713) 274-2780    (C) on 3/4/13 $739.00 & A. plum all

I'm in Court of Civil (affiliated) with 1st Court of Appeals, 2 if So I will property to include So your help get me an atty. appointed for the above civil case to the legal poor everything: Please contact Mr. Edwin Colfax for Texas indigent defense
purely Yours, Steele

Name: Privella J. Steele                    No.: 926484

Living Quarters: K1-22B    Work Assignment: Medical Squad C    Unit: Wilby Jewelry Credit

DISPOSITION: (Inmate will not write in this space)

(A) Commissioner told me some story for
(A) my 263rd Criminal Ct, chose new atty. who, they call there to
Judge Jim Wallace
(B) 1st Court of Appeals he gave to Comp. City, Appeal to me by Com-
(713) 274-2780 My Prine
(C) Mr. Edwin Colfax w/ that was put with the legal
Texas Indigent Defense ...

RECEIVED
JUL 01 2015
13th COURT OF APPEALS

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL - 9 2015

CHRISTOPHER A. PRINE

CLERK _____

TO: Court of Civil Appeals (Courthouse)
(Name and title of official)

DATE: 8/2/15

ADDRESS: 901 Leopard St. Corpus Christi, TX. 78401

Purcell V. Steele 1970484
Hobby Unit
742 FM 712 K12-B
Marlin, TX 76661-4685

Court of Civil Appeals (Courthouse)
901 Leopard St.
Corpus Christi, TX 78401

NORTH TEXAS TX PDC
DALLAS TX 750

FOREVER